FILED
Clerk
District Court

FEB 11 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1    Eric John Tudela Mafnas
     Reg,No.00438-005
2    FCI Safford
     P.O. Box 9000
3    Safford, AZ 85548

4    Pro Se

5

6              UNITED STATES DISTRICT COURT

7         FOR THE DISTRICT OF NORTHERN MARIANA ISLANDS

8

9    United States of America,      )
                                    )
10                 Respondent,      )      CV 08 – 0009
                                    )
11   v.                             )      Case No. CR-04-0038-001
                                    )
12                                  )
                                    )
13   Eric John Tudela Mafnas,       )
                                    )
14                 Petitioner.      )
     _____)

15

16       Dear Honorable of the Court.

17       This is a motion the the court requesting the Honorable of this

18   court to order, Attorney at Law Stephanie G. Flores and Victorino

19   Torres, of the Torres Brohters law firm at P.O. Box 501856, Saipan,

20   M.P. 96950., to turn over to petitioner a copy of their Work

21   Product Folders and any materials pertaining to movants case.

22       Please notice that on about December 26,2007, I sent a letter

23   to the Torres Brothers law firm trying to locate Ms.Flores and

24   Victorino Torres. Both of the attorney's has failed to respond to

25   the letter that I've attach to this motion. Stephanie and Victorino

26   were the attorney's that I retained for the above case, In which

27   they were part of the Torres Brother law firm.

28

Before jury selection, I requested for Stephanie G. Flores to dismiss her self from my case. However, at this time Stephanie has not been able to be located due to reason unknown. It would be helpful if you could have the Torres Brothers law firm locate her and have the both of them to turn over their Work Product Folders, and any materials that they have in there possession. I am in the process of filing a §2255 motion and would like to raise the issue of ineffective assistance of counsel. It would be unjust to leave me without the materials that I need to prepare my appeal.

The proceeding of my §2255, is a critical step of my due process and it would be helpful if this court assist me in locating Ms.Flores and Victorino Torres and have them turn over all information pertaining to my case.

Your assistance of any type of assistance in this matter is greatfully appreciated.

Thank you.

Eric Mafnas Reg,.No.00438-005
FCI Safford
P.O. Box 9000
Safford,AZ 85548

2.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that I have served an accurate copy of the attached Motion to the court requesting order to attorney to turn over work product folder, Discovery and Materials to petitioner's case

upon the following party (ies):

To the clerk of the court

District court for the N.M.I.

P.O. Box 500687

Saipan, M.P. 96950

postage prepaid, by placing same in the Bureau of Prisons' mailing system, on the date set forth below.

DATED: January 31, 2008.
Safford, Arizona

Eric John Tudela Mafnas
Reg,No.00438-005
FCI Safford
P.O. Box 9000
Safford,AZ 85548

**Mr.Eric Mafnas**
**Reg,No.00483—005**
**FCI Safford**
**P.O. Box 9000**
**Safford,AZ 85548**

December 26,2007

Attention: Torres Brothers Law firm.
Attorney Victorino Torres
P.O. Box 501856 CK                          **Case No. 04—038**
Saipan, M.P. 96950

   Dear Mr.Victorino Torres, Please be advise that I am in the process of filing a
§2255 motion to vacate my conviction. However, I am not able to file this motion
due to the lack of materials such a my **Transcripts,Discovery** and a copy of your
**Work Product Folder.**

I would like for you to turn over all these materials soon as possible. I am also
requesting that you provide me with the new location of Stephanie Flores. I am not
able to locate her at this time due to my incarceration. So if you could please
sent me her address it would be helpful to me.

I was dissatisfied with the job stephanie had done in my case. The ABA criminal
justice standards provide that an attorney work under professional standards,
and Stephanie has failed to communicate with me during my trial and during sentencing
which constitutes unreasonable conduct under prevailing standards.

I would also like for you to send me an written affidavit as to why the judge in my
case refuse to dismiss you and Stephanie from my case. This would help me in my case
under the grounds of ineffective of counsel.  This would also help under the Sixth
and the Fifth Amendment violation that had accord in my case.

I really look forward to hearing from you and Stephanie Soon.    Thank you!

Sincerely

Eric Mafnas No.00483—005